UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PETER TAYLOR,

                Plaintiff,

                                                Civil Action No.
                                                9:09-CV-0385
          v.                                             (FJS/DEP)

LT. R. HALLADAY and
C.O. R. MILLER,

                Defendants.

---

APPEARANCES:                               OF COUNSEL:

**FOR PLAINTIFF**:

Peter Taylor, Pro Se
11967-052
USP Cannon
PO Box 300
Waymart, PA 18472


**FOR DEFENDANTS**:

HON. RICHARD S. HARTUNIAN          CHARLES E. ROBERTS, ESQ.
United States Attorney                      Assistant U.S. Attorney
Northern District of New York
PO Box 7198
100 S. Clinton Street
Syracuse, New York   132261-7198


**FREDERICK J. SCULLIN, JR., S.J.:**

# **ORDER**

After carefully considering the entire file in this matter, including Magistrate Judge Peebles' July 1, 2010 Report and Recommendation to which the parties have not filed any objections; the Court hereby

**ORDERS** that Magistrate Judge Peebles' July 1, 2010 Report and Recommendation is **ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED,** and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED** in its entirety based upon his failure to exhaust available administrative remedies before commencing suit; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.


 **IT IS SO ORDERED**.

DATED: July 23, 2010
          Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge